IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN LEE RICHES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1377 |
| ) | Judge Lancaster |
| CYRIL H. WECHT, ) | Magistrate Judge Caiazza |
| ) | |
| ) | |
| Defendant ) | |

### ORDER

AND NOW, this 26th day of November, 2007;

A rule was issued upon the Plaintiff to show good cause why this case should not be dismissed for failure to comply with this court's order dated October 16, 2007 (Doc. 2) which stated that:

**IF YOU WISH TO PROCEED WITH THIS CIVIL RIGHTS ACTION, YOU MUST INCLUDE $350.00 FOR FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS AND PROVIDE A CERTIFIED ACCOUNTING STATEMENT SIGNED BY THE RECORDS OFFICER AT THE PRISON BY NOVEMBER 7, 2007.**

The show cause response was due by November 23, 2007. Having failed to show good cause, IT IS HEREBY ORDERED that this case is dismissed.

BY THE COURT:

/s/ Gary L. Lancaster
Gary L. Lancaster
U.S. District Court Judge

cc: JONATHAN LEE RICHES, #40948-018
    FCI-Williamsburg
    Inmate Mail/Parcels
    P.O. Box 340
    Salters, SC 29590